[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-17017
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 18, 2006
THOMAS K. KAHN
CLERK

D.C. Docket No. 04-01513-CV-T-27-MAP

CHURCH OF PALMS-PRESBYTERIAN (U.S.A.), INC.,
a Florida Non profit Corporation,

                                        Plaintiff-Appellant,

versus

CINCINNATI INSURANCE COMPANY,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

**(July 18, 2006)**

Before DUBINA, HULL and COX, Circuit Judges.

PER CURIAM:

Church of the Palms Presbyterian, Inc., appeals the district court's grant of summary judgment to Cincinnati Insurance Company, and also asserts as error the denial of its own motion for partial summary judgment.

Having considered the briefs, and relevant parts of the record, we affirm on the well-reasoned opinion of the magistrate judge to whom the case was assigned. (R.1-39.)

**AFFIRMED.**